IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**EBONY BAKER**                                                                                                  **PLAINTIFF**

**v.**                             **Case No. 5:19-cv-00171-LPR**

**LENNOX INDUSTRIES INC.**                                                **DEFENDANT**

## **JUDGMENT**

Consistent with the Order that was entered on February 28, 2020, it is considered, ordered, and adjudged that this case is hereby DISMISSED with prejudice.

IT IS SO ADJUDGED this 28th day of February 2020.

_____
UNITED STATES DISTRICT JUDGE